| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**FOX ROTHSCHILD LLP**<br>(Formed in the Commonwealth of Pennsylvania)<br>Michael J. Viscount, Jr., Esq.<br>Raymond M. Patella, Esq.<br>1301 Atlantic Avenue, Suite 400<br>Atlantic City, NJ 08401<br>(609) 348-4515/fax (609) 348-6834<br>mviscount@foxrothschild.com<br>rpatella@foxrothschild.com<br><br>**WHITE & CASE LLP**<br>John K. Cunningham, Esq. (admitted *pro hac vice*)<br>Richard S. Kebrdle, Esq. (admitted *pro hac vice*)<br>Kevin M. McGill, Esq. (admitted *pro hac vice*)<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131<br>(305) 371-2700/fax (305) 358-5744<br>jcunningham@whitecase.com<br>rkebrdle@whitecase.com<br>kmcgill@whitecase.com<br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* | |
| In re:<br><br>REVEL AC, INC., <u>et al.</u>,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 14-22654 (GMB)<br><br>Jointly Administered |
| EDWARD TEEMS, <u>et al.</u>,<br><br>                    Plaintiffs,<br>v.<br><br>REVEL AC, INC., <u>et al.</u>,<br><br>                    Defendants. | Adv. Pro. No. 14-01804 (GMB) |

The "NOTICE OF AUTOMATIC STAY" caption appears to the right of the debtor/plaintiff block.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Revel AC, Inc. (3856), Revel AC, LLC (4456), Revel Atlantic City, LLC (9513), Revel Entertainment Group, LLC (2321), NB Acquisition, LLC (9387) and SI LLC (3856). The location of the Debtors' corporate headquarters is 500 Boardwalk, Atlantic City, New Jersey 08401.

**PLEASE TAKE NOTICE** that on September 22, 2014, Edward Teems, et al., filed that certain Adversary Complaint with Jury Demand & Designation of Trial Counsel against Revel AC, Inc., et al., Case No. 14-01804 (the "Adversary Proceeding").

**PLEASE TAKE FURTHER NOTICE** that the parties have recognized and agreed that the Adversary Proceeding is subject to the automatic stay under 11 U.S.C. § 362 and, accordingly, have agreed that no further filings shall be made in or required by the Adversary Proceeding at this time.

Dated: October 21, 2014
Atlantic City, New Jersey

FOX ROTHSCHILD LLP

By: /s/ John H. Strock
Michael J. Viscount, Jr., Esq.
Raymond M. Patella, Esq.
John H. Strock, Esq.
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401
(609) 348-4515/fax (609) 348-6834

– and –

John K. Cunningham, Esq.
(admitted *pro hac vice*)
Richard S. Kebrdle, Esq.
(admitted *pro hac vice*)
Kevin M. McGill, Esq.
(admitted *pro hac vice*)
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700/fax (305) 358-5744

*Co-Counsel to the Debtors and Debtors in Possession*